GLENCORE LTD., Defendant and Counterclaim Plaintiff Below, Appellant,

v.

ST. CROIX ALUMINA, LLC and ALCOA World Alumina, LLC, Plaintiffs and Counterclaim Defendants Below, Appellees.

No. 171, 2016

Supreme Court of Delaware.

Submitted: November 2, 2016

Decided: November 4, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N15C-08-032

AFFIRMED.

²

Michael TEDESCO, Appellant Below–Appellant,

v.

BAYHEALTH MEDICAL CENTER, Appellee Below–Appellee.

No. 216, 2016

Supreme Court of Delaware.

Submitted: October 19, 2016

Decided: November 4, 2016

Court Below: Superior Court of the State of Delaware, CA No. K14A–09–002

AFFIRMED.

Carl BAILEY and Penelope Bailey, Defendants Below–Appellants,

v.

THE BANK OF NEW YORK MELLON f/k/a The Bank of New York as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Noteholders of the CWHEQ Revolving Home Equity Loan Trust Series 2005–L, Plaintiff Below–Appellee.

No. 262, 2016

Supreme Court of Delaware.

Submitted: September 23, 2016

Decided: November 7, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. N10L–01–269

AFFIRMED.

29.  18 *Del. C.* § 6862.